**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter ____11____

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Blair and Eric Garner |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | ████████ |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1412 Sunnyside Drive <br> Columbia, TN 38401 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Maury <br> County | **Location of principal assets, if different from principal place of business** <br> 1412 Sunnyside Drive   Columbia, TN 38401 <br> Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☒ Other. Specify:   Individuals filing Chapter 11

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | Relationship _____ | |
|---|---|---|---|---|---|
| Debtor _____ | | | | | |
| District _____ | | When _____ | | Case number, if known _____ | |

---

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|---|
| | | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

## ▉ Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|
| | | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated Assets** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Blair and Eric Garner | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 9, 2024___
MM / DD / YYYY

**X** /s/ Blair and Eric Garner _____
Signature of authorized representative of debtor

Blair and Eric Garner _____
Printed name

Title _____

**18. Signature of attorney**

**X** /s/ Keith D. Slocum _____
Signature of attorney for debtor

Date ___June 9, 2024___
MM / DD / YYYY

Keith D. Slocum _____
Printed name

Slocum Law _____
Firm name

370 Mallory Station Road Suite 504
Franklin, TN 37067 _____
Number, Street, City, State & ZIP Code

Contact phone ___(615) 656-3344___   Email address ___keith@keithslocum.com___

BPR No. 023024 TN _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Blair and Eric Garner

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 9, 2024      **X** /s/   Blair and Eric Garner
                                  Signature of individual signing on behalf of debtor

                                  Blair and Eric Garner
                                  Printed name

                                  Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    Blair and Eric Garner

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1st Franklin Financial 2120 Brookmeade Dr Columbia, TN 38401-4092 | | 2014 BMW X5 | | $23,902.00 | $13,000.00 | $10,902.00 |
| Amex Attn: Bankruptcy P O Box 981540 El Paso, TX 79998 | | | | | | $96,274.00 |
| Avanza Group, LLC 3974 Amboy Road, Ste 306 Staten Island, NY 10308 | | | | | | $6,656.00 |
| Capytal.com 1545 Route 202, Suite 203 Pomona, NY 10970 | | | | | | $135,764.00 |
| D&D Towing 2643 Leah Drive Columbia, TN 38401 | | | | | | $927.00 |
| Dept of ED / Aidvantage 1891 Metro Center Drive Reston, VA 20190 | | | | | | $54,396.00 |
| Dresden Trust 1412 Sunnyside Drive Columbia, TN 38401 | | Secured by 1412 Sunnyside Dr. Columbia, TN 38401 owned by Dresden Trust | | | | $447,000.00 |
| Dresden Trust 2150 Summer Hill Circle Franklin, TN 37064 | | Secured by 1412 Sunnyside Dr. Columbia, TN 38401 owned by Dresden Trust | | | | $87,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dresden Trust 2150 Summer Hill Circle Franklin, TN 37064 | | Secured by 1412 Sunnyside Dr. Columbia, TN 38401 owned by Dresden Trust | | | | $37,000.00 |
| First Horizon 165 Madison Ave Memphis, TN 38103 | | 1968  Pont FIR 1991 Jeep GRW 2004 VOLV V70Totaled  1987 Merz 1980 Buick Electra | | $86,974.00 | $72,700.00 | $14,274.00 |
| First Horizon Bank 165 Madison Ave Memphis, TN 38103 | | Mulehouse venue - Defc'y | | | | $2,400,000.00 |
| Greensky P O Box 2730 Alpharetta, GA 30023-2730 | | | | | | $8,257.00 |
| Headway Capital LLC 12 Powder Spring Street Suite 240 Marietta, GA 30064 | | | | | | $57,250.00 |
| Jpmcb Card PO Box 15369 Wilmington, DE 19850-5369 | | Southwest Rapid Rewards | | | | $34,756.00 |
| Mantis Funding 2700 N Military Trl ste 450 Boca Raton, FL 33431 | | | | | | $51,450.00 |
| Maury County Veterinary Hospital 1118 W. 7th Street Columbia, TN 38401 | | | | | | $447.00 |
| Mohela PO Box 82561 Lincoln, NE 68501-2561 | | | | | | $18,093.00 |
| PIC Fund I LLC 111 Executive Center Drive Columbia, SC 29210 | | | | | | $516,064.00 |
| Tennessee Department of Revenue 500 Deaderick Street Nashville, TN 37242 | | | | | | $138,452.00 |
| Walker Hoye 2415 Hidden Lake Circle Columbia, TN 38401 | | | | | | $60,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor name    Blair and Eric Garner

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    2,500.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    635,162.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $    637,662.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    110,876.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $    138,452.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    4,011,467.00

4.  **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b      $    4,260,795.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name    Blair and Eric Garner

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Listerhill Credit Union | Checking (3) and Savings (2) | | $62.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $62.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

Case 1:24-bk-02110    Doc 1    Filed 06/09/24    Entered 06/09/24 13:36:00    Desc Main
Document      Page 10 of 38

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**
        Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
        Name of entity:                                   % of ownership

| | | | | |
|---|---|---|---|---|
| 15.1. | Blair Garner Productions, Inc | 100 | % | $0.00 |
| 15.2. | Mulehouse Group, Inc | 100 | % | $0.00 |
| 15.3. | Coalesce Media, LLC | 100 | % | $0.00 |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

17.     **Total of Part 4.**
        Add lines 14 through 16.    Copy the total to line 83.                                     $0.00

---

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.    Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.    Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Various studio equipment | $0.00 | | $3,000.00 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    Blair and Eric Garner
              Name

Case number *(If known)*

**43.** **Total of Part 7.**
Add lines 39 through 42.    Copy the total to line 86.

$3,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  1976 BMW | $0.00 | | $10,000.00 |
| 47.2.  1968   Pont FIR | $0.00 | | $30,000.00 |
| 47.3.  1991 Jeep GRW | $0.00 | | $7,200.00 |
| 47.4.  1994 Chev C25<br>Blown engine | $0.00 | | $1,500.00 |
| 47.5.  2004 VOLV V70<br>Totaled | $0.00 | | $500.00 |
| 47.6.  2008 Dodg CS8 | $0.00 | | $22,900.00 |
| 47.7.  2014 BMW X5 | $0.00 | | $13,000.00 |
| 47.8.  1987 Merz | $0.00 | | $20,000.00 |
| 47.9.  1978 Pontiac Prix | $0.00 | | $5,000.00 |
| 47.10.  1980 Buick Electra | $0.00 | | $15,000.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 3

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 1:24-bk-02110   Doc 1   Filed 06/09/24   Entered 06/09/24 13:36:00   Desc Main
Document        Page 12 of 38

51.    **Total of Part 8.**

       Add lines 47 through 50.   Copy the total to line 87.

| $125,100.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☒ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.   Go to Part 10.
    ☒ Yes Fill in the information below.

55.       Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. |  |  |  |  |
| Cash |  | $0.00 |  | $2,500.00 |

56.    **Total of Part 9.**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

| $2,500.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☒ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.   Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.   Go to Part 12.
    ☒ Yes Fill in the information below.

| Current value of debtor's interest |

71.       **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit
    has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

76. **Trusts, equitable or future interests in property**
    Dresden Trust
    Trustee William J. Christopher Andrews                                              $500,000.00

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership
    Couch, chairs, coffee table, end tables, bed (4), dresser (4),
    night stands, washer, dryer, stove, fridge, microwave,
    freezer, kitchen table and chairs, various dishes and
    cookware, misc tools, various household goods and
    furnishings, various lawn tools, buffett, watch (6), wedding
    bands, various jewelry, cell phone (2), tv (2), game system,
    laptop (5), desk top, ipad, personal clothing, dog (2)                               $7,000.00

78. **Total of Part 11.**                                                              $507,000.00

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $62.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $125,100.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $2,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $507,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $635,162.00 | + 91b. $2,500.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $637,662.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 1:24-bk-02110    Doc 1    Filed 06/09/24    Entered 06/09/24 13:36:00    Desc Main
Document    Page 15 of 38

| Fill in this information to identify the case: |

Debtor name    <u>Blair and Eric Garner</u>

United States Bankruptcy Court for the:    <u>MIDDLE DISTRICT OF TENNESSEE</u>

Case number (if known)    <u>_____</u>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |

---

**2.1**   **1st Franklin Financial**

Creditor's Name

2120 Brookmeade Dr
Columbia, TN 38401-4092

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2014 BMW X5

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$23,902.00**    Column B: **$13,000.00**

---

**2.2**   **First Horizon**

Creditor's Name

165 Madison Ave
Memphis, TN 38103

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
UCC

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All Assets

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$86,974.00**    Column B: **$72,700.00**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1:24-bk-02110    Doc 1    Filed 06/09/24    Entered 06/09/24 13:36:00    Desc Main
Document     Page 16 of 38

| Debtor | Blair and Eric Garner | Case number (if known) | |
|---|---|---|---|
| | Name | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $110,876.00 |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Justin Sveadas<br>Baker, Donelson, Bearman, Caldwell & Berkowitz<br>1800 Public Center<br>633 Chestnut Street<br>Chattanooga, TN 37450 | Line  2.2 | |
| Starfield & Smith<br>Ste 325<br>1300 Virginia Drive<br>Fort Washington, PA 19034-3223 | Line  2.2 | |
| U. S. Small Business Admin - BK<br>51 SW 1st Avenue<br>Suite 201<br>Miami, FL 33130 | Line  2.2 | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Blair and Eric Garner**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service/BK<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Notice only |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>Tennessee Department of Revenue<br>500 Deaderick Street<br>Nashville, TN 37242 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $138,452.00 | $138,452.00 |
|  | Date or dates debt was incurred<br>2021-2024 | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** | Priority creditor's name and mailing address<br>US Attorney for IRS<br>719 Church Street, Suite 3300<br>Nashville, TN 37203 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Notice only |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $96,274.00 |
|---|---|---|---|
| | Amex | ☐ Contingent | |
| | Attn: Bankruptcy | ☐ Unliquidated | |
| | P O Box 981540 | ☐ Disputed | |
| | El Paso, TX 79998 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ccts_ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,656.00 |
|---|---|---|---|
| | Avanza Group, LLC | ☐ Contingent | |
| | 3974 Amboy Road, Ste 306 | ☐ Unliquidated | |
| | Staten Island, NY 10308 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $135,764.00 |
|---|---|---|---|
| | Capytal.com | ☐ Contingent | |
| | 1545 Route 202, Suite 203 | ☐ Unliquidated | |
| | Pomona, NY 10970 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $927.00 |
|---|---|---|---|
| | D&D Towing | ☐ Contingent | |
| | 2643 Leah Drive | ☐ Unliquidated | |
| | Columbia, TN 38401 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54,396.00 |
|---|---|---|---|
| | Dept of ED / Aidvantage | ☐ Contingent | |
| | 1891 Metro Center Drive | ☐ Unliquidated | |
| | Reston, VA 20190 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $447,000.00 |
|---|---|---|---|
| | Dresden Trust | ☐ Contingent | |
| | 1412 Sunnyside Drive | ☐ Unliquidated | |
| | Columbia, TN 38401 | ☐ Disputed | |
| | **Date(s) debt was incurred** _3/2021_ | **Basis for the claim:** _Secured by 1412 Sunnyside Dr. Columbia, TN 38401 owned by Dresden Trust_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37,000.00 |
|---|---|---|---|
| | Dresden Trust | ☐ Contingent | |
| | 2150 Summer Hill Circle | ☐ Unliquidated | |
| | Franklin, TN 37064 | ☐ Disputed | |
| | **Date(s) debt was incurred** _9/2021_ | **Basis for the claim:** _Secured by 1412 Sunnyside Dr. Columbia, TN 38401 owned by Dresden Trust_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 1:24-bk-02110    Doc 1    Filed 06/09/24    Entered 06/09/24 13:36:00    Desc Main
                      Document        Page 19 of 38

**3.8** Nonpriority creditor's name and mailing address
Dresden Trust
2150 Summer Hill Circle
Franklin, TN 37064

Date(s) debt was incurred  7/2014

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Secured by 1412 Sunnyside Dr. Columbia, TN 38401
owned by Dresden Trust

Is the claim subject to offset?  ☒ No  ☐ Yes

$87,000.00

---

**3.9** Nonpriority creditor's name and mailing address
First Horizon Bank
165 Madison Ave
Memphis, TN 38103

Date(s) debt was incurred _

Last 4 digits of account number  UCC

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Mulehouse venue - Defc'y

Is the claim subject to offset?  ☒ No  ☐ Yes

$2,400,000.00

---

**3.10** Nonpriority creditor's name and mailing address
First Tennessee Bank
P O Box 132
Memphis, TN 38101-9815

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Defc'y

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.11** Nonpriority creditor's name and mailing address
Greensky
P O Box 2730
Alpharetta, GA 30023-2730

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$8,257.00

---

**3.12** Nonpriority creditor's name and mailing address
Headway Capital LLC
12 Powder Spring Street
Suite 240
Marietta, GA 30064

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$57,250.00

---

**3.13** Nonpriority creditor's name and mailing address
Jpmcb Card
PO Box 15369
Wilmington, DE 19850-5369

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Southwest Rapid Rewards

Is the claim subject to offset?  ☒ No  ☐ Yes

$34,756.00

---

**3.14** Nonpriority creditor's name and mailing address
Mantis Funding
2700 N Military Trl ste 450
Boca Raton, FL 33431

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$51,450.00

---

**3.15** Nonpriority creditor's name and mailing address
Maury County Veterinary Hospital
1118 W. 7th Street
Columbia, TN 38401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$447.00

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 1:24-bk-02110   Doc 1   Filed 06/09/24   Entered 06/09/24 13:36:00   Desc Main
Document      Page 20 of 38

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,093.00 |
|---|---|---|---|
| | Mohela<br>PO Box 82561<br>Lincoln, NE 68501-2561 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $516,064.00 |
|---|---|---|---|
| | PIC Fund I LLC<br>111 Executive Center Drive<br>Columbia, SC 29210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $133.00 |
|---|---|---|---|
| | Transworld Systems<br>P O Box 15130<br>Wilmington, DE 19850-5130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60,000.00 |
|---|---|---|---|
| | Walker Hoye<br>2415 Hidden Lake Circle<br>Columbia, TN 38401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Berkovitch & Bouskila<br>80 Broad Street Suite 3303<br>New York, NY 10004 | Line 3.3<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Brock and Scott<br>1315 Westbrook Plaza Drive<br>Winston Salem, NC 27103 | Line 3.13<br>☐ Not listed. Explain ____ | _ |
| 4.3 | C/O Lewis Thomason<br>P O Box 2425<br>Knoxville, TN 37901 | Line 3.17<br>☐ Not listed. Explain ____ | _ |
| 4.4 | First Horizon<br>165 Madison Ave<br>Memphis, TN 38103 | Line 3.8<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Kings County Supreme Court<br>360 Adams St Ste 189<br>Brooklyn, NY 11201 | Line 3.2<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | Maury County Circuit Court<br>41 Public Square<br>Columbia, TN 38401 | Line  3.13<br>☐  Not listed. Explain ____ | _ |
| 4.7 | Rockland Supreme and County Court<br>1 South Main Street<br>New City, NY 10956 | Line  3.3<br>☐  Not listed. Explain ____ | _ |
| 4.8 | Starfield & Smith<br>Ste 325<br>1300 Virginia Drive<br>Fort Washington, PA 19034-3223 | Line  3.9<br>☐  Not listed. Explain ____ | _ |
| 4.9 | Tristar Bank<br>719 E College Street<br>Dickson, TN 37055 | Line  3.6<br>☐  Not listed. Explain ____ | _ |
| 4.10 | U. S. Small Business Admin - BK<br>51 SW 1st Avenue<br>Suite 201<br>Miami, FL 33130 | Line  3.9<br>☐  Not listed. Explain ____ | _ |
| 4.11 | Zachter PLLC<br>2 University Plaza, Suite 205<br>Hackensack, NJ 07601 | Line  3.2<br>☐  Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 138,452.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 4,011,467.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,149,919.00 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Blair and Eric Garner**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor name __Blair and Eric Garner__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF TENNESSEE__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City         State         Zip Code | | |
| 2.2 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City         State         Zip Code | | |
| 2.3 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City         State         Zip Code | | |
| 2.4 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City         State         Zip Code | | |

Case 1:24-bk-02110    Doc 1    Filed 06/09/24    Entered 06/09/24 13:36:00    Desc Main
Document         Page 24 of 38

Debtor name   Blair and Eric Garner

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☒ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing Date | Various sub contract employment | $4,000.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

   | **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| First Horizon Bank<br>165 Madison Ave<br>Memphis, TN 38103 | Mulehouse building unit A and unit B located at 812 South High Street, Columbia, TN 38401 | May 10, 2024 | $0.00 |
| Lewis Thomason/Rehab Wallet<br>P O Box 2425<br>Lewisburg, TN 37091 | Mulehouse building unit A and unit B located at 812 South High Street, Columbia, TN 38401 | May 10, 2024 | $0.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Evergreen Financial Counseling 7137 E. Rancho Vista Drive Suite B21 Scottsdale, AZ 85251 | CC1 | June, 2024 | $30.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. Keith Slocum | Attorney Fees | April and June, 2024 | $13,270.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Unknown | 1989 Merz 560 | May, 2024 | $16,500.00 |
| Relationship to debtor None | | | |
| 13.2. Unknown | 1991 Jeep WAG | November, 2023 | $19,000.00 |
| Relationship to debtor None | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---------------------------|-----------------------------------|----------------------------|----------------------------|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. Blair Garner Productions LLC<br>1412 Sunnyside Drive<br>Columbia, TN 38401 | Radio/Broadcast | EIN:<br><br>From-To 2008 to 2021 |
| 25.2. Mulehouse Group, Inc<br>1412 Sunnyside Drive<br>Columbia, TN 38401 | Music Venue | EIN:<br><br>From-To August, 2019 to May, 2024 |
| 25.3. Baby Affirmations LLC<br>1412 Sunnyside Drive<br>Columbia, TN 38401 | | EIN:<br><br>From-To 2010 to 2012 |
| 25.4. Coalesce Media, LLC<br>1412 Sunnyside Drive<br>Columbia, TN 38401 | Holding Company | EIN:<br><br>From-To 2015 to date |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 9, 2024___

/s/   Blair and Eric Garner _____    Blair and Eric Garner _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re   Blair and Eric Garner                                    Case No. _____

                                       Debtor(s)            Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the  of the Individuals filing Chapter 11 named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date     June 9, 2024                           Signature    /s/  Blair and Eric Garner

                                                                            Blair and Eric Garner

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Tennessee

In re   Blair and Eric Garner                        Case No. _____

                                       Debtor(s)           Chapter     11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐ **FLAT FEE**

       For legal services, I have agreed to accept .....................................................   $ _____

       Prior to the filing of this statement I have received ......................................   $ _____

       Balance Due ..................................................................................................   $ _____

    ☒ **RETAINER**

       For legal services, I have agreed to accept and received a retainer of..........................   $      13,270.00

       The undersigned shall bill against the retainer at an hourly rate of................................   $      13,270.00
       [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
       fees and expenses exceeding the amount of the retainer.

2.   $ __0.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

       ☒ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

       ☒ Debtor      ☐ Other (specify):

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
      b. [Other provisions as needed]
           All work included is to be provided prior to the petition filing date based on hourly rates as follows: (note: hourly rates are adjusted annually on January 1 of each year)

           Keith Slocum            $475.000/ hour
           Paralegals              $ 150.00/hour

           All payments will be applied to invoices for work done billed at applicable hourly rates.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           Money paid prior to the petition filing shall be applied first to work done pre petition with any unused amount to be applied to post petition work. Specifically the pre petition contract does not include representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Additional meetings, document preparation or review, and court pleadings or hearings directly resulting from prior business ownership by one or more debtors (unless specifically added to the initial retainer). Depositions or Rule 2004 examinations in any Contested Matter, Adversary Proceeding, or any other matter. Representation in defense of a motion to dismiss under 11USC707(a) or (b) beyond the initial inquiry by the USTrustee. Representation or legal advice concerning matters in any Court other than Federal Bankruptcy Court. Costs of appraisals or expert testimony as to valuations, Costs related to expert witnesses, title examination, document retrieval, title document preparation or recordation. Costs of credit repair or Credit bureau report corrections or clarification. Actions taken in protection of co-makers on debt.

In re    Blair and Eric Garner _____    Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| June 9, 2024 | /s/ Keith D. Slocum |
| *Date* | Keith D. Slocum |
| | *Signature of Attorney* |
| | Slocum Law |
| | 370 Mallory Station Road Suite 504 |
| | Franklin, TN 37067 |
| | (615) 656-3344   Fax: |
| | keith@keithslocum.com |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Middle District of Tennessee

In re    Blair and Eric Garner                  Case No. _____

                                  Debtor(s)        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the   of the Individuals filing Chapter 11 named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 9, 2024 _____      /s/ Blair and Eric Garner _____

                                                 Blair and Eric Garner /

                                               Signer/Title

Keith D. Slocum
370 Mallory Station Road Suite 504
Franklin, TN 37067


1st Franklin Financial
2120 Brookmeade Dr
Columbia, TN 38401-4092


Amex
Attn: Bankruptcy
P O Box 981540
El Paso, TX 79998


Avanza Group, LLC
3974 Amboy Road, Ste 306
Staten Island, NY 10308


Berkovitch & Bouskila
80 Broad Street Suite 3303
New York, NY 10004


Brock and Scott
1315 Westbrook Plaza Drive
Winston Salem, NC 27103


C/O Lewis Thomason
P O Box 2425
Knoxville, TN 37901


Capytal.com
1545 Route 202, Suite 203
Pomona, NY 10970


D&D Towing
2643 Leah Drive
Columbia, TN 38401


Dept of ED / Aidvantage
1891 Metro Center Drive
Reston, VA 20190


Dresden Trust
2150 Summer Hill Circle
Franklin, TN 37064


Dresden Trust
1412 Sunnyside Drive
Columbia, TN 38401


First Horizon
165 Madison Ave
Memphis, TN 38103


First Horizon Bank
165 Madison Ave
Memphis, TN 38103

First Tennessee Bank
P O Box 132
Memphis, TN 38101-9815


Greensky
P O Box 2730
Alpharetta, GA 30023-2730


Headway Capital LLC
12 Powder Spring Street Suite 240
Marietta, GA 30064


Internal Revenue Service/BK
P O Box 7346
Philadelphia, PA 19101-7346


Jpmcb Card
PO Box 15369
Wilmington, DE 19850-5369


Justin Sveadas
Baker, Donelson, Bearman, Caldwell & Ber
1800 Public Center  633 Chestnut Street
Chattanooga, TN 37450


Kings County Supreme Court
360 Adams St Ste 189
Brooklyn, NY 11201


Mantis Funding
2700 N Military Trl ste 450
Boca Raton, FL 33431


Maury County Circuit Court
41 Public Square
Columbia, TN 38401


Maury County Veterinary Hospital
1118 W. 7th Street
Columbia, TN 38401


Mohela
PO Box 82561
Lincoln, NE 68501-2561


PIC Fund I LLC
111 Executive Center Drive
Columbia, SC 29210


Rockland Supreme and County Court
1 South Main Street
New City, NY 10956


Starfield & Smith
Ste 325 1300 Virginia Drive
Fort Washington, PA 19034-3223

Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242


Transworld Systems
P O Box 15130
Wilmington, DE 19850-5130


Tristar Bank
719 E College Street
Dickson, TN 37055


U. S. Small Business Admin - BK
51 SW 1st Avenue  Suite 201
Miami, FL 33130


US Attorney for IRS
719 Church Street, Suite 3300
Nashville, TN 37203


Walker Hoye
2415 Hidden Lake Circle
Columbia, TN 38401


Zachter PLLC
2 University Plaza, Suite 205
Hackensack, NJ 07601